# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                        Case No. 04-CR-209

**OLADIMEJI OLADIPO,**

    **Defendant.**

## FINAL ORDER AND JUDGMENT

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Mario F. Gonzales, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

**IT IS ORDERED**, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

1. $1,640.00 US Currency seized from Oladimeji Oladipo and his residence on April 29, 2004.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2006.

                                                     s/ Rudolph T. Randa
                                                     HON. RUDOLPH T. RANDA
                                                     Chief Judge

Judgment entered this 9th day of January, 2006.
SOFRON B. NEDILSKY, Clerk of Court

by: s/ Linda M. Zik
     Deputy Clerk